**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>          v.<br><br>JOSE CARRASQUILLO-ROSARIO<br>    Defendant. | Criminal no. 17-232 (ADC) |

**MOTION REQUESTING MODIFICATION OF BAIL CONDITIONS**

**TO THE HONORABLE COURT:**

1. Mr. Carrasquillo-Rosario was charged in the present two count Indictment and has pled guilty to an Information (see *U.S. v. Carrasquillo-Rosario – 17-479*).

2. On March 27. 2018, the Court authorized an unopposed request to modify the conditions of release. (See 17-479, Docket Number 21).

3. The undersigned was informed by the United States Probation Office that since Mr. Carrasquillo-Rosario's bail conditions had been placed in case 17-232 (ADC), and not in the Information (17-479), the modification of the conditions of release must be made in the current case.

**WHEREFORE,** it is respectfully requested that the Court takes note of the present motion and apply the already authorized Modifications to the Bail Conditions, in criminal case number 17-232.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of April 2019.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*

Diego H. Alcalá Laboy
P.O. Box 12247
San Juan, PR 00914
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com